# STATE OF MISSISSIPPI – UNIFORM TRAFFIC TICKET

Town of Raleigh

Judicial District: _____
Agency Code: 6502
No. 042921

**NOTICE TO VIOLATOR**

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

| Location of Violation | At/Near | Hwy |
|---|---|---|
| HW 18 | Brooks | |

| Day | Date | Time | Accident | District | Precinct |
|---|---|---|---|---|---|
| Sat | 4-25-2015 | 1:30 □ AM □ PM | □ yes ☑ no | 6 | 14 |

| Defendant: (First Name, | Middle Name, | Last Name) |
|---|---|---|
| Jason | Cullen | Cossie |

License Address: 2562 Charlie Ponds

| City | State | Zip Code |
|---|---|---|
| Stantonville | TN | |

| Driver's License Number | Class | State | Sex | Race | Date of Birth |
|---|---|---|---|---|---|
| 437517340 | | TN | M | W | |

| Vehicle License Number | State | Year | Make | Model | Type |
|---|---|---|---|---|---|
| 827 0VY | | | Dodge | | |

Defendant's Current Address: _____
Defendant's Current Telephone Number: _____

That the above named defendant, while operating the aforementioned motor vehicle, did willfully and unlawfully commit the offense of:

| (Check Only One Offense Each Ticket) | SPEED | ZONE |
|---|---|---|

- □ S92 Speeding
- □ M14 Disregard For Traffic Device
- □ N70 Driving Wrong Side Road
- □ B26 Driving While License Suspended
- □ M34 Following Too Closely
- □ M70 Improper Passing
- □ N01 Failure To Yield Right Of Way
- □ M84 Reckless Driving
- □ M81 Careless Driving
- □ Explanation: _____

- □ F02 Child Restraint Violation
- □ F04 Seatbelt Violation
- □ B51 No Drivers License (Expired)
- □ B55 No Motor Vehicle Inspection (Expired)
- □ B53 Expired Tag/No Tag
- □ B26 Driving While License Suspended (Under Implied Consent Law)
- □ N50 Improper Turn
- □ D36 No Proof of Liability Ins.
- □ Other Violation (_____)

□ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
□ Violation Pursuant To Commercial Driver's License Law.
□ Required Placard Under Hazardous Materials Transportation Act.

Against the peace and dignity of the State of Mississippi.

Affiant / Officer's Signature _____ Unit / Badge # _____

Sworn to before me this the ____ day of _____, 20 ____.

Clerk _____

You are hereby notified to appear before the court (Justice/Municipal) to answer the charge on the ____ day of _____, 20 15. At ____ AM/PM at:

Court's Physical Address: 150 MAIN ST. RALEIGH, MS 39153
Court's Mailing Address: PO BOX 355 RALEIGH, MS 39153
Court's Telephone Number: 601-782-4612

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

**VIOLATOR'S COPY**                                         7-09

---

The original of this ticket is an Affidavit and the charge noted on the face of such is officially lodged with the court when the issuing officer files same with the court.

This ticket may be disposed of by mail or personal appearance on or before the appearance date as noted. However, you have a right to a trial if you so desire.

State statutes permit persons charged with an offense against traffic laws of this state, in most cases, to deposit the driver's license with the arresting officer or Court in lieu of any other security to insure said person's appearance in Court wherein such charges are filed. If you elect to deposit the license as provided, and if the block is checked indicating the driver's license is deposited, this ticket will serve as a valid driver's license, but in no case shall it be in force and effect for a period of more than thirty (30) days from the date of issuance of this ticket. Failure to appear or contact the court by the date specified will result in the suspension of the license deposited. Making application for a duplicate license during the period when the original license is posted for an appearance may result in an additional misdemeanor charge.

State law does permit persons charged with traffic violations, in most cases, to dispose of such charge by mail or personal appearance on or before the appearance date as noted on the ticket. If you pay your fine in advance it shall constitute a waiver of further charges, arraignment and trial or if you post cash bail bond and default on your appearance and the court so elects to forfeit the bond in payment of the judgment rendered, such action shall be tantamount to entry of a plea of nolo contendere by you on the charges made against you and the court may convict you of the offense stated on the traffic ticket without further appearance by you. If you desire to dispose of this ticket by mail, contact the municipal court clerk or the justice court clerk noted on the front side, referring to the ticket number, your name as it appears on the ticket, address, etc., and inquire as to the amount of fine which may be assessed. Be sure to give your correct address and zip code so that you may be notified promptly of the fine required.

### WARNING

- DO NOT SEND ANY MONEY UNTIL YOU HAVE CONTACTED THE COURT.
- SEND ALL PAYMENTS TO THE PROPER COURT. DO NOT SEND ANY MONEY TO THE LAW ENFORCEMENT AGENCY WHOSE OFFICER WROTE THE TICKET.
- IF YOU FAIL TO APPEAR OR RESPOND TO THIS TICKET WITHIN THE TIME NOTED ON THE FRONT SIDE OF THIS TICKET, A WARRANT MAY BE ISSUED FOR YOUR ARREST.

Exhibit B