# RECEIPT

DATE: 4-27-15
No. 203334

RECEIVED FROM: Jason Caissie

$ 75.00

Seventy Five and 00/100 ————— DOLLARS

○ FOR RENT
○ FOR _____

| ACCOUNT | | ☑ CASH | FROM _____ TO _____ |
| PAYMENT | | ○ CHECK | BY Paula Smith |
| BAL. DUE | | ○ MONEY ORDER | |

1182

Exhibit
C