rosemarysullivan67@gmail.c

# NOTICE TO APPEAR



## Hurricane Bonding Co.

PO Box 5617
Meridian, MS 39302-5617
Phone (601) 693-1997

### WARNING! YOU ARE ASSUMING SPECIFIC OBLIGATIONS

The following is a list of rules/obligations you must follow while out on bail with Hurricane Bonding. When we bonded you out, you signed an 'application and indemnity' with our company, agreeing to and assuming "specific terms and conditions" for bail with our agency.

1-It is understood and agreed that the happening of any of the following events shall constitute a breach of your obligations to the bonding company and the bonding company shall have the right to apprehend, arrest and surrender you to the proper authorities and you shall have no right to any refund of premiums paid. Said events, which shall constitute a breach of your obligations hereunder, are,

(a) If you shall depart the jurisdiction of the court without consent of the court and from the bonding company.
(b) If you shall move from one address to another without notifying the bonding company prior to said move.
(c) If you change your phone number without notifying the bonding company.
(d) If you change jobs, or have any change in employment without notifying the bonding company.
(e) If you are arrested for any other offense, you must notify the bonding company, immediately.
(f) If you commit any act which shall constitute reasonable evidence of your intention to cause a forfeiture of said bond.
(g) If you made any false statements in your application for bond.
(h) If you violated any conditions of your bail agreement or fail to report in each week.

Your appearance bond(s) has been signed and posted with the proper court by an agent of Hurricane Bonding Company, Your appearance in the __Municipal__ court Of __Raleigh, MS__ on the __8__ day of __June__, 200__15__ at __4__ M., is a MANDATORY APPEARANCE.
Principal __Jason Caissie__, dob __10/15/73__ ss# __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__
Remember, check in each week, communicate with us, keep us informed of current information on you. MEET all required court dates.
FEES CHARGED:   Bail Bond Fee  150.00
                Sheriff Fee    25.00
                Process Fee    50.00
                Total          225.00
                Paid           _____
                Balance Due    _____
ALL FEES ARE NOT REFUNDABLE AND DOES NOT APPLY TO ANY FINE.
I HAVE READ, FULLY UNDERSTAND AND AGREE TO THE FOREGOING
DOCUMENT(S)  signature _____ date 4/27/15

Exhibit D

DEMENT-MERIDIAN 61-5087