# APPEARANCE BOND

_____Municipal_____ Court

THE STATE OF MISSISSIPPI, ____Smith____ COUNTY

We, _____ Principal and

**HURRICANE BONDING CO., KENNETH R. HENLEY**

**STATE LICENSE # 8107036**

**P.O. BOX 5617, MERIDIAN, MS 39302**

**601-693-1997**

Sureties, agree to pay the State of Mississippi ____1000.____ Dollars unless said ___Jason Crissie___ shall appear at the ___Municipal___ Court of ___Smith___ County, at ___Raleigh___

and there remain from day to day, from term to term, until discharged by law, and answer the charge of ___DWLS___ ___No Tags___

Witness our signature, this the ___27___ day of ___April___ 20 ___15___

**AGENTS IDENTIFICATION STAMP**

_____[signature]_____

**KENNETH R. HENLEY**

Approved by me, this the _____ day of _____ 20 _____.

AF&S

Exhibit E