In the Municipal Court
of Town of Raleigh, Smith County
State of Mississippi

| | |
|---|---|
| Town of Raleigh )<br>plaintiff )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>jason caissie, respondant )<br>) | Cause number: ticket 042921<br>ticket 042922 |

### Notice of Removal to the United States District Court

Comes now the Respondant, jason caissie, and in direct support of his Notice to this Court and all parties, hereby alleges, states, and provides the following:

### Notice of Removal to the United States District Court

1. By the filing of this Notice with the Clerk of this state Court, together with the attached and corresponding petition for removal that was filed in the United States District Court prior, these state proceedings are now REMOVED, by automatic operation of federal law, and this Respondant now formally notifies the Court and all parties of that same fact.
2. Pursuant to the express and specific language of 28 USC 1441, et seq., immediately upon the filing of this notice, with the Clerk of this Court, this case has been already removed; The removal of jurisdiction from this Court is automatic by operation of federal law, and does not require any additional written order from the District Judge to cause this removal to become "effective'-- the removal is an automatic judicial event, and immediate operation of law.
3. The petition is now filed in the first instance in the federal court. After notice is given to all adverse parties and a copy of the petition is filed with the state court, removal is effected and state court proceedings cease unless the case is remanded. **28 USC 1446 (d)**.
4. Because this cause is now removed, the instant Court is without jurisdiction to effect any judgment in these proceedings.
5. The petition for removal to the United States District Court is attached hereto as required by the express language of federal law, as Exhibit #1.

**WHEREFORE**, the undersigned Respondant, jason caissie, notifies the Court and all other parties that this cause is now removed, that this court now has absolutely no jurisdiction for any judgment in this cause unless and until the United States District Court may or may not remand, and further moves for all other relief that is just and proper in the premises.

Respectfully submitted,

jason caissie, a man
2362 Charlie Pounds Road
Stantonville, Tennessee [38379]
832-494-7843

## CERTIFICATE OF SERVICE

I hereby verify 28 USC Sec. 1746(1)that on this _____day of May, 2015, a true and complete copy of the foregoing notice of removal to federal court, with required attachment, by depositing in United States postal mail, first class, return receipt requested, has been duly served upon the following:

Alberta Santa Cruz
Commissioner Dept. of Public Safety Mississippi
1900 East Woodrow Wilson
Jackson Mississippi 39206
Certified Mail #_____

Matthew Sullivan
Attorney for Town of Raleigh
150 Main Street City Hall
Town of Raleigh, MS 39153
Certified Mail #_____

Police Officer Rickey Hand
112 Main Street Police Department
Town of Raleigh, MS 39153
Certified Mail#_____

Police Officer J. Bolivar
112 Main Street Police Department
Town of Raleigh, MS 39153
Certified Mail#_____

Deputy J. Reynolds
Sheriff's Department Smith County
200 Courthouse Square
Town of Raleigh, MS 39153
Certified Mail#_____

Helen Bounds Clerk of Court
Municipal Court
150 Main Street
Town of Raleigh, MS 39153
Certified Mail#_____