AT THE UNITED STATES DISTRICT COURT AT JACKSON MISSISSIPPI

jason caissie
man aggrieved,
counter plaintiff
v.



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 28 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

\*   CASE NO

Wrongdoers,counter defendants:   \*   3:15cv382HTW-LRA
Town of Raleigh, a municipal corporation;
Police Officer Rickey Hand, individually and in his   \*   Ticket #
official capacity;  Police Officer J. Bolivar, individually   \*   Ticket #
and in his official capacity; Sheriff Deputy J. Reynold,   \*
individually and in his official capacity; Alberta Santa
Cruz, in his official capacity; Matt Sullivan, in his   \*
individual and official capacity.   \*
\*

\*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Motion to Strike and Resubmit**

1.Comes now jason caissie to motion the court to allow jason to strike the first filing of a claim. jason had two working files on the computer and mistakenly printed the file with unfinished work product which was submitted to the court. Jason caissie requests the court to strike the unfinished work product that was filed and be allowed to submit the correct filing that he intended to enter. This mistake was realized after leaving the Jackson area and the court was closed for the day. This request is within the deadline for filing. This complies with FRCP 15 and Local Rule 15.

2.Jason caissie is not guilty of undue delay, bad faith, dilatory motive, undue surprise or repeated failure to cure deficiencies. Foman v. Davis, 371 U.S. 178, 182.

3.This request will not cause undue delay.

4.The interest of justice would be served by granting the motion. Hillburn v. Maher, 795 F.2d252, 264

5.The adverse parties will not suffer undue prejudice by granting this motion. Foman, 371 U.S., at 182.

6.Attached as Exhibit A is jason caissie's intended and correct claim.

7.For these reasons, jason caissie asks the court to grant this motion and permit the strike of first filing and permit the entry of this Exhibit A as the correct claim for jason caissie.

Respectfully submitted                                                   U.S. Magistrate Judge

_[signature]_ .                                                           Linda Anderson
jason caissie,   May 27 2015  1721                                        501 E. Court St., Suite 6.150
2362 Charlie Pounds Rd                                                    Jackson, MS 39201
Stantonville Tennessee [38379]                                            (601) – 608 - 4440

## AT THE UNITED STATES DISTRICT COURT AT JACKSON MISSISSIPPI

jason caissie  
man aggrieved,  
counter plaintiff  
v.

\*

\*     CASE NO

Wrongdoers,counter defendants:     \*     3:15cv382HTW-LRA  
Town of Raleigh, a municipal corporation;  
Police Officer Rickey Hand, individually and in his     \*     Ticket #  
official capacity;  Police Officer J. Bolivar, individually     \*     Ticket #  
and in his official capacity; Sheriff Deputy J. Reynold,     \*  
individually and in his official capacity; Alberta Santa  
Cruz, in his official capacity; Matt Sullivan, in his     \*  
individual and official capacity.     \*

\*

\*

\* \* \* \* \* \* \* \* \* \* \* \* \*  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Motion to Strike and Resubmit

1. Comes now jason caissie to motion the court to allow jason to strike the first filing of a claim. jason had two working files on the computer and mistakenly printed the file with unfinished work product which was submitted to the court. Jason caissie requests the court to strike the unfinished work product that was filed and be allowed to submit the correct filing that he intended to enter. This mistake was realized after leaving the Jackson area and the court was closed for the day. This request is within the deadline for filing. This complies with FRCP 15 and Local Rule 15.

2. Jason caissie is not guilty of undue delay, bad faith, dilatory motive, undue surprise or repeated failure to cure deficiencies. Foman v. Davis, 371 U.S. 178, 182.

3. This request will not cause undue delay.

4. The interest of justice would be served by granting the motion. Hillburn v. Maher, 795 F.2d252, 264

5. The adverse parties will not suffer undue prejudice by granting this motion. Foman, 371 U.S., at 182.

6. Attached as Exhibit A is jason caissie's intended and correct claim.

7. For these reasons, jason caissie asks the court to grant this motion and permit the strike of first filing and permit the entry of this Exhibit A as the correct claim for jason caissie.

Respectfully submitted                        U.S. District Judge

_____. *1723 hrs*  
jason caissie,     May _27_ 2015           Henry T. Wingate  
2362 Charlie Pounds Rd                     501 E. Court St., Suite 6.750  
Stantonville Tennessee [38379]            Jackson, MS 39201  
                                                                (601) – 608 - 4100