This Declaration goes with the Claim

DECLARATION UNDER PENALTY OF PERJURY  28 U.S.C. Sec. 1746 (1)

Regarding Arrest and Jail Stay
state of Tennessee
McNairy County



i, jason caissie declare under penalty of perjury that the foregoing is an account of personal experience and personal knowledge and is true and correct as i remember it:

On April 25, 2015, a Saturday, at about 6:53pm, i pulled up to a "license check point". Ricky Hand who is employed by the Town of Raleigh as a police officer, here and after identified as Ricky was the initial contact at the "license check point". Ricky informed us, myself and Levi Thurston who was also in the truck with me, that he was conducting a driver's license check point and asked if i had a license on me. After i did not produce a driver's license or answer his question, he "ordered" me to park my truck on the side of the road. i complied with that order. More law enforcement arrived. Another officer came up and said, "Do you have a license on you". i told him that i did not answer questions. He said, "Can you step out of the vehicle for me". i asked him if that was an order. He said, "I am asking you". i said, "i'll take orders". Ricky then came back up to the vehicle and said "I am ordering you to step out of the vehicle". i then stepped out of my truck, was handcuffed and placed in a police car that was driven by Ricky.

As i was being put in the police car, i informed Ricky that Levi Thurston would be my "next friend" counsel. Ricky asked me what that was. A few minutes later, i told Ricky that the reason i was traveling through was because a friend of mine passed away and we were on our way home from his memorial service that was held earlier that day.

While handcuffed, in the back of the police vehicle, Ricky asked me for proof of insurance. i told Ricky that i knew that i had up to date insurance, and that i knew i had an insurance card in my truck. i informed him that myself or my friend that was with me could go into my truck and retrieve it. Ricky told me that he could not or would not allow that. He later charged me with failure to show insurance. Ricky drove me to the county jail and booked me in. During booking, I requested to see a judge and my next friend counsel he stated that I would not be able to see a judge until Monday. Monday was confederate day and public offices were closed.

The night that i was booked in, April 25, 2015, i sent a written letter/message to the Sheriff's desk/dispatch/front clerk. i sent it to the desk clerk because to my knowledge, the clerk at the front desk was the only staff/non prisoner at the jail on a permanent basis. i was not given any details on who else i could contact. The message stated that i required to see or seek counsel and to see a judge immediately.

The next day, i sent another letter/message to the clerk stating again that i required to see my counsel. I named, "Levi Thurston" and/or "Bill Arnold" as the counsel because i was told that my counsel, Levi Thurston was attempting to see me, but they continued to deny access to me and I was not allowed to see him.

When i was getting fingerprinted, on April 26, Sunday afternoon, i told Ricky that i needed to see my counsel, "Levi Thurston", i was denied counsel again. i was denied counsel and access to a judge from the time that i was arrested and the entire time that I was incarcerated.

On Sunday, April 26, 2015, i made an effort to post bond and was told that by Ricky that i could not post bond and be released. At about midafternoon, Sunday i was told by Ricky that the reason that i was still there not allowed bond was because they could not find out who i was.

I have a religious objection to having a Social Security number. I have learned that it violates several statues and commands in Scripture. During booking the night before, i gave them my name, address, and informed them of the states where i previously held driver's licenses, date of birth. When Rickey Hand asked me for a social security number, I gave him the previous number that was also the expired TN driver's license number. i was told that the only reason for not being released was that their computers could not verify who i was. Ricky told me that Facebook and witnesses calling in or coming to the jail to verify who i was would not be good enough. i asked him if he ran my tags on my truck and did they come back to me and he told me that nothing came back when they ran the tags.

i was released after i posted bond on Monday, April 27, 1015. At that time, i was given copies of two tickets. No law was stated on either ticket. And neither ticket was sworn to.

i, declare under penalty of perjury 28 U.S.C. Sec. 1746 under the laws of the united states of America that the foregoing is true and correct.

Executed on ___29 May___ 2015

_____
jason caissie

On this day, jason caissie appeared before me, the undersigned notary public and signed his declaration under penalty of perjury, 28 U.S.C. Sec 1746 (1) that the forgoing is true and correct.

SWORN TO and SUBSCRIBED before me by _Jason Caissie_ on May _29_ 2015

_Doris Kennedy_
Notary Public in and for
the State of __TN__