## AT THE UNITED STATES DISTRICT COURT AT JACKSON MISSISSIPPI

jason caissie  
man aggrieved,  
counter plaintiff  
v.

\*

\*    CASE NO

Wrongdoers,counter defendants:      \*    3:15cv382HTW-LRA  
Town of Raleigh, a municipal corporation;  
Police Officer Rickey Hand, individually and in his    \*    Ticket #  
official capacity;  Police Officer J. Bolivar, individually    \*    Ticket #  
and in his official capacity; Sheriff Deputy J. Reynold,    \*  
individually and in his official capacity; Alberta Santa  
Cruz, in his official capacity; Matt Sullivan, in his    \*  
individual and official capacity.    \*  
\*  
\*  
\*

SOUTHERN DISTRICT OF MISSISSIPPI  
FILED  
JUN -4 2015  
BY_____ ARTHUR JOHNSTON  
DEPUTY

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Motion for Issuing an Order to Make and Return a Certified Record

Comes now jason caissie to motion this United States District Court at Jackson Mississippi to issue an order to the state court, Municipal Court for the Town of Raleigh, to send a certified record of the file in the Municipal Court to this Court. The court clerk for the Municipal Court Town of Raleigh said she would not make or release a certified record of the Municipal Court's record unless it was requested by the court where the removal was filed. Jason caissie has timely sought a certified state court record and is prevented by actions of the state officials. This motion is to request an order as allowed at **28 USC Sec.1449** and "direct such record be supplied". The relief sought is to compel the court clerk for the Municipal Court Town of Raleigh to make the certified record and to send it to this United States District Court at Jackson Mississippi to be entered in the case number: **3:15cv382HTW-LRA**.

A declaration of the conversation between jason caissie and the court clerk Municipal Court Town of Raleigh is included as Exhibit "A".

U.S. District Judge  
Henry T. Wingate  
501 E. Court St., Suite 6.750  
Jackson, MS 39201  
(601)-608-4100

Respectfully submitted

*/s/ jason caissie*  
jason caissie       May   29   2015  
2362 Charlie Pounds Rd  
Stantonville Tennessee [38379]