DECLARATION UNDER PENALTY OF PERJURY 28 U.S.C. Sec. 1746 (1)

jason caissie
2362 Charlie Pounds Rd
Stantonville, TN
McNairy County

i, jason caissie declare under penalty of perjury that the foregoing is an account of personal experience and personal knowledge and is true and correct as i remember it:

On May, 28, 2015, at 9:35 am, I called the clerk of court in Raleigh MS and asked for a certified court record. She told me that the tickets would be the court record until I go to court. I told her that I was transferring the case to another court and I needed a certified copy of the court record for myself and the clerk told me that the "other court" needed to be the one that requested a certified court record. I could not get a copy unless the other court requested it.

Again, on May 29, 2015, I called and asked the clerk of court in Raleigh how much it would cost to get the certified court record. She again told me that I could not get anything until I go to court.

i, declare under penalty of perjury 28 U.S.C. Sec. 1746 under the laws of the united states of America that the foregoing is true and correct.
Executed on ___29 May___ 2015

_____
jason caissie

On this day, jason caissie appeared before me, the undersigned notary public and signed his declaration under penalty of perjury, 28 U.S.C. Sec 1746 (1) that the forgoing is true and correct.
SWORN TO and SUBSCRIBED before me by __Jason Caissie__ on May __29__ 2015

_____
Notary Public in and for
the State of __TN.__