IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TOWN OF RALEIGH, MISSISSIPPI, ET AL.                                PLAINTIFFS

vs.                                         CIVIL ACTION NO. 3:15-CV-382-HTW-LRA

JASON CAISSIE                                                        DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson [docket no. 27] and the defendant's written objection [docket no. 28] to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge [docket no. 27] is hereby adopted as the order of this court and this case is remanded to the the Raleigh, Mississippi Municipal Court.

SO ORDERED AND ADJUDGED, this the 8th day of March, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE